# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Charbonneau,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions, Inc. and Rushmore Loan Management Services LLC,<br><br>　　　　Defendants. | Case No.: 20-CV-02028 (DWF/BRT)<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Kelly Charbonneau, by and through counsel, hereby stipulate to the following:

1.　　That Plaintiff's complaint was removed on or about September 22, 2020;

2.　　That Defendant Experian will require additional time to investigate the allegations of the Complaint and respond;

3.　　That Defendant Experian may have until October 8, 2020 to respond to Plaintiff's Complaint; and

4.　　That the Court enter an order granting defendant Experian until October 8, 2020 to respond to Plaintiff's Complaint.

553009.1

Dated:  September 23, 2020

**s/ Gregory J. Myers**
Gregory J. Myers, MN #287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Fax:  (612) 339-0981
gjmyers@locklaw.com

**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Dated:  September 23, 2020

**s/ Anthony Chester**
Anthony P. Chester, MN #0396929
**KAZEROUNI LAW GROUP, APC**
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:  (952) 225-5333
Facsimile:  (800) 635-6425
tony@kazlg.com

**ATTORNEY FOR PLAINTIFF**