UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Charbonneau, | Court No.: 20-cv-2028-DWF-BRT |
| Plaintiff, | |
| v. | |
| Experian Information Solutions, Inc. and Rushmore Loan Management Services LLC, | **Notice of Settlement as to Defendant Experian Information Solutions, Inc.** |
| Defendants. | |

NOTICE IS HEREBY GIVEN by Plaintiff Kelly Charbonneau ("Plaintiff") that a settlement of the above-referenced action has been reached with Defendant, Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal of Experian from the present matter. Accordingly, Plaintiff respectfully submits that this obviates the need for Experian to file an Answer, participate in the Rule 26(f) report, or make any other Court required appearances or filings prior to dismissal. If the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

**KAZEROUNI LAW GROUP**, APC

Date: October 8, 2020

By: /s/ Anthony Chester
Anthony P. Chester (Bar No. 0396929)
**KAZEROUNI LAW GROUP**, APC
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:  (952) 225-5333
Facsimile:   (800) 635-6425
Email: tony@kazlg.com

*Attorney for Plaintiff*