UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Charbonneau,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. and Rushmore Loan Management Services LLC,<br><br>    Defendants. | Court No.: 20-cv-2028-DWF-BRT<br><br>**Notice of Dismissal as to Defendant Experian Information Solutions, Inc.** |

Plaintiff Kelly Charbonneau hereby notices this Court of the dismissal of Experian Information Solutions, Inc. from the above entitled action with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with each party to bear their own costs, disbursements, and attorneys' fees.

WHEREFORE, Plaintiff respectfully notices this Court of the dismissal of Experian Information Solutions, Inc. from the above entitled action.

|  |  |
|---|---|
|  | **KAZEROUNI LAW GROUP**, APC |
| Date: November 19, 2020 | By: /s/ Anthony Chester<br>Anthony P. Chester (Bar No. 0396929)<br>**KAZEROUNI LAW GROUP**, APC<br>120 South 6th Street, Suite 2050<br>Minneapolis, MN 55402<br>Telephone:  (952) 225-5333<br>Facsimile:   (800) 635-6425<br>Email: tony@kazlg.com<br><br>*Attorney for Plaintiff* |