## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Charbonneau, | Civil No. 20-2028 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| Experian Information Solutions, Inc. and Rushmore Loan Management Services LLC, | |
| Defendant. | |

Based upon the Notice of Dismissal filed by the Plaintiff on November 19, 2020, (Doc. No. [20]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits as to Experian Information Solutions, Inc., ONLY, with each party to bear their own costs, disbursements, and attorneys' fees.

Dated: November 23, 2020         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge