UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelly Charbonneau, | Civil No. 20-2028 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE AS TO RUSHMORE LOAN MANAGEMENT SERVICES LLC** |
| Experian Information Solutions, Inc., and Rushmore Loan Management Services LLC, | |
| Defendant. | |

Based upon the Stipulation to Dismiss with Prejudice filed by the Parties on February 24, 2021, (Doc. No. [27]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to Rushmore Loan Management Services, LLC and on the merits, without costs or disbursements to either party.

Dated:  February 24, 2021                s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge